No. 207. McLEAN ET AL. v. TEXAS COMPANY. October 9, 1939. Petition for writ of certiorari to the Circuit

580

Court of Appeals for the Fifth Circuit denied. *Messrs. William D. Gordon* and *E. E. Easterling* for petitioners. *Messrs. C. R. Wharton, John C. Jackson,* and *John E. Green, Jr.* for respondent.